SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: 510-637-3689
   Fax: 510-637-3679
   Email: george.bevan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORM FOISY,<br><br>    Defendant. | No. CR-06-00567-MJJ<br><br>STIPULATION AND ORDER<br>TO RESET SENTENCING DATE |

    The United States and the defendant, through their respective counsel, jointly stipulate and respectfully request the Court to reset this matter on the Court's calendar for the date of **May 25, 2007, at 2:30 p.m. in Oakland,** for sentencing. Defense counsel has an unexpected conflict on the scheduled date such that he is unable to appear for the sentencing. Government counsel also a scheduling conflict in that he is required to be in Judge Breyer's courtroom for motions and witness hearing in the case of <u>United States v. Rosenthal</u>, CR-02-0053-CRB, at 2:00 p.m. in San Francisco. Both counsel apologize to

//

//

1  the Court for these scheduling conflicts. If the date of May 25th is acceptable to the
2  Court, the parties request that the defendant's sentencing be reset to that date.

4  Dated: 3/1/07
5  GEORGE L. BEVAN JR.
   United States Attorney

8  Dated: 3-1-07
9  PHILLIP SCHNAYERSON, ESQ.
   Attorney for Norm Foisy

13 IT IS SO ORDERED.

15 Dated: 03/02/07
16 MARTIN J. JENKINS
   United States District Judge

   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]

STIPULATION TO RESET
DATE OF SENTENCING                    2