GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
Telephone:  (510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
NORM FOISY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | NO.   CR-06-00567 MJJ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | TRAVEL ORDER |
| NORM FOISY, | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED that the defendant be permitted to travel to Las Vegas, Nevada to visit his daughter, leaving May 3, 2007,  and returning on May 10, 2007.

    Assistant United States Attorney, George L. Bevan, Jr. , and Hence Williams of Pre Trial Services, have been notified of this request to travel on the above-referenced dates and they have no objection.

    Mr. Foisy will provide Pre Trial Services with an address and telephone number of where he will be staying.

DATED:   4/20/2007

                                                      United States District Judge

Case 4:06-cr-00567-MJJ   Document 56   Filed 04/25/07   Page 2 of 2