PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445



Attorney for Defendant
NORM FOISY

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>NORM FOISY,<br><br>    Defendant. | CASE NO. CR-06-00567 MJJ<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF SENTENCING HEARING** |

      Norm Foisy, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, George E. Bevan, Jr., Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for August 17, 2007, be re-scheduled for A~~u~~/gust 28, 2007, at 2:30 p.m.

Dated: August 16, 2007   *September*

                                                    Respectfully submitted,

                                                    /s/ Philip A. Schnayerson
                                                    PHILIP A. SCHNAYERSON
                                                    Attorney for Defendant
                                                    Norm Foisy

DATED: August 16, 2007

/s/ George L. Bevan, Jr.
GEORGE L. BEVAN, JR.
Assistant United States Attorney

## ORDER

The sentencing date presently scheduled for August 17, 2007, is continued to ~~August~~ September 28, 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 8/22/2007

MARTIN J. JENKINS
United States District Judge