```
 1 | PHILIP A. SCHNAYERSON (CSBN 41825)
   | GARCIA, SCHNAYERSON & MOCKUS
 2 | ATTORNEYS AT LAW
   | 225 West Winton
 3 | Suite 208
 4 | Hayward, California 94544
   | (510) 887-7445
 5 |
   | Attorney for Defendant
 6 | NORM FOISY
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. CR-06-00567 MJJ |
| Plaintiffs, | ) | |
| | ) | STIPULATION AND ORDER RE |
| vs. | ) | CONTINUANCE OF |
| | ) | SENTENCING HEARING |
| | ) | |
| NORM FOISY, | ) | |
| | ) | |
| Defendant. | ) | |

Norm Foisy, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, George E. Bevan, Jr., Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the sentencing hearing presently set for September 28, 2007, be re-scheduled for October 26, 2007, at 2:30 p.m.

Dated: September 25, 2007

Respectfully submitted,

_____
PHILIP A. SCHNAYERSON
Attorney for Defendant
Norm Foisy

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S. v. FOISY CR 06 00567                               1

DATED: September 25, 2007

/s/ George L. Bevan Jr.
GEORGE L. BEVAN, JR.
Assistant United States Attorney

## ORDER

The sentencing date presently scheduled for September 25, 2007, is continued to October 26 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 09/25/07

/s/ Martin J. Jenkins
MARTIN J. JENKINS
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING
U.S. v. FOISY CR 06 00567

2