GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
Telephone: (510) 887-7445

**FILED**

- 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
NORM FOISY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR-06-00567 ~~MJJ~~ *MHP* |
| vs. | ) *DENIAL OF* |
| NORM FOISY, | ) TRAVEL ORDER |
| Defendant. | ) |

IT IS HEREBY ORDERED that the *application for* defendant be permitted to travel as a requirement of his employment without the encumbrance of travel restrictions *to is DENIED without prejudice to renewal for a Form 12 application* ~~U.S. Probation Officer Jadee Voss does not oppose this modification of the conditions of Mr. Foisy's sentence with the understanding that he complete the required information prior to travel by submitting a completed travel form.~~ *to amend and set for hearing with notice to USAO before this judge.*

DATED: *April 30, 2008*

_____
United States District Judge

TRAVEL ORDER - U.S. v. Foisy CR-06-00567-MJJ