PHILIP A. SCHNAYERSON (CSBN 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
NORM FOISY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-06-00567 MJJ |
| Plaintiffs, ) | |
| ) | **STIPULATION AND (PROPOSED)** |
| vs. ) | **ORDER RE: TRAVEL** |
| ) | |
| ) | |
| NORM FOISY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Norm Foisy, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen Corrigan, Assistant United States Attorney, and U.S. Probation Officer J.D. Woods, *jointly stipulate* and respectfully request the Court to permit the defendant to travel outside of the Northern District as required for business matters without the encumbrance of travel restrictions.

Dated: August 19, 2008           Respectfully submitted,

                                    /s/Philip A. Schnayerson
                                    PHILIP A. SCHNAYERSON
                                    Attorney for Defendant
                                    Norm Foisy

Dated: August 19, 2008

/s/ Philip A. Schnayerson
Authorized to sign for Stephen Corrigan
Assistant United States Attorney
on July 30, 2008

Dated: August 19, 2008

/s/ Philip A. Schnayerson
Authorized to sign for J.D. Woods
U.S. Probation Officer
on 7/28/2008

**ORDER**

IT IS HEREBY ORDERED that the defendant be permitted to travel outside of the Northern District for business purposes without travel restrictions by submitting a completed travel form to U.S. Probation prior to leaving the Northern District.

IT IS SO ORDERED.

DATED: 8/27/08

