GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton, Suite 208
Hayward, California  94544
(510) 887-7445

PHILIP A. SCHNAYERSON (CSBN 41825)
Attorney for Defendant
NORM FOISY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) ) Plaintiffs, ) ) vs. ) ) ) NORM FOISY, ) ) Defendant. ) _____ ) | CASE NO.   CR-06-00567 MJJ  **STIPULATION AND ~~PROPOSED~~ ORDER FOR TERMINATION OF PROBATION** |

NORM FOISY, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel, Stephen G. Corrigan, Assistant United States Attorney, and J.D. Woods, U.S. Probation Officer, stipulate and respectfully request the Court to terminate the term of probation.

Mr. Foisy has maintained employment, he has paid all fines and restitution orders, and has maintained a law abiding life during the pendency of this case and period of probation.

For these reasons, the defendant, defense counsel, and the government agree that supervised release be terminated.

DATED: November 4, 2008         Respectfully submitted,

/s/ Philip A. Schnayerson
PHILIP A. SCHNAYERSON
Attorney for Defendant
NORM FOISY

DATED: November 6, 2008

/s/ Philip A. Schnayerson
Authorized to sign for
Stephen G. Corrigan
Assistant United States Attorney
on November 6, 2008

### ~~(PROPOSED)~~ ORDER

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that probation be terminated forthwith.

DATED: November 12, 2008

D. LOWELL JENSEN
United States District Judge